# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

**No. 23-1573V**

<table>
<tr><td>

MICHAEL GREIM,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

</td><td>

Chief Special Master Corcoran

Filed: November 26, 2024

</td></tr>
</table>

*William E. Cochran, Jr., Black McLaren, et al., PC, Memphis, TN, for Petitioner.*

*Lauren Kells, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On September 13, 2023, Michael Greim filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered a shoulder injury related to vaccine administration ("SIRVA") after receiving an influenza ("flu") on November 9, 2022. Petition at 1. Petitioner further alleges that he had no history of left shoulder pain prior to vaccination; that pain occurred within 48 hours of receipt of an intramuscular vaccination; that pain and reduced range of motion was limited to the shoulder in which the vaccine was administered; that no other condition of abnormality has been identified to explain Petitioner's shoulder pain; and that Petitioner has suffered the residual effects of his

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

condition for longer than six months. Petition at 4-5. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On November 25, 2024, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent states that based on the record as it now stands, petitioner has satisfied all legal prerequisites for compensation under the Act. *Id.* at 6.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master